## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :
                                     :

       v.                              :       **Crim. No. 06-112**

                                           :

ARTHUR D'AMARIO             :

## <u>ORDER</u>

**AND NOW**, this 11th day of December, 2012, it is **ORDERED** that

Defendant's *pro se* Motion to Stay Illegal, Second Sentence is **DENIED without**

**prejudice**. Defendant, who is represented by counsel, is not entitled to hybrid

representation. <u>See</u> <u>McKaskle v. Wiggins</u>, 465 U.S. 168, 183 (1984) (no Sixth

Amendment right to "hybrid representation"); <u>United States v. D'Amario</u>, 328 F.

App'x 763, 764 (3d Cir. 2009) (per curiam) ("[A] district court is not obligated to

consider *pro se* motions by represented litigants.").

                                    **IT IS SO ORDERED.**

                                    /s/ Paul S. Diamond

                                    _____

                                    Paul S. Diamond, J.